EDWARD R. NORDMARK, Respondent, v. JAMES A. CLARK, Appellant, et al., Defendants.— Motion to compel respondent to accept notice of appeal dated September 10, 1958 granted, without prejudice to the right of respondent to raise the issues of appealability on the argument or submission of the appeal. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Pette, JJ., concur.

CONNIE SCHMEILER, Respondent, v. ANGELA REILLY, Appellant.— Motion to dismiss appeal granted, without costs, and appeal dismissed. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

MAE L. LECHNER et al., Appellants, v. FRANK LECHNER, Respondent. (And Two Other Actions.) — Motion to dismiss appeal denied on condition that appellants argue or submit the appeal at the November 1960 Term, beginning October 31, 1960, for which term the appeal is ordered to be placed on the calendar. The record and appellants' brief must be served and filed on or before October 17, 1960. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.